# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2025 KW 0595

VERSUS

JACOB FAY LUKE, SR.                                   **AUGUST 18, 2025**

---

In Re:    Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 794927.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                          **PMc**
                          **HG**
                          **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT